Charles Lee #504078
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597

20,944-08

Style Lee

RE: Request.

WR-20,944-08

Court 277th

Cause No 03-798-277

Mandamus Denied 1-21-15
Denied with out written order

Date 2-4th 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 05 2015
Abel Acosta, Clerk

Cover Letter

Dear Hon Abel ACOSTA clerk

enclosed please find my letter requesting the following because my documents was lost in a T.D.C.J. search. Of house in the past week. I need a copy of the following Exhibit D & Exhibit E out of the mandamus Writ No. 20,944-08.

1) cover letter 1a. letter from district clerk Nov-12th 2014
3) envelope dated Nov 12th 2014 from Lisa David
A copy of the cover page of the state 11.07 Habeas corpus with my case No 03-798-K277.
other words All of Exhibit ~~D~~ D

&

Exhibit E   A copy of a letter from district ~~clerk~~ clerks. Dated November 20 2014. signed by Angela Garcia. Appeal specialist.
other words All of Exhibit E .
I am requesting a copy of these 2 Exhibits. T.D.C.J. officials have just lost my only copies.
would you please assist me on getting a copy of these 2 Exhibits D & E. Thank you for your cooperation
both in the back of mandamus
Filed 1-9-15. 1 of 2.

Respectfully sub.
Charles Lee #904078

CERTIFICATE OF SERVICE

On this Feb. 4th 2014 A True & Correct Copy was mailed by U.S. Mail prepaid to the Following

Hon: Abel Acosta, Clerk of Court of Criminal Appeals of Texas P.O. Box 12308 Capitol Station Austin, Texas 78711

Charles Lee #904078
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597

Letter To Hon Abel Acosta
2 OF 2.